UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILNER JEAN-PIERRE,

    Plaintiff,

v.                                 Case No.: 2:18-cv-98-FtM-38MRM

NAPLES COMMUNITY HOSPITAL,
INC.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is a Joint Motion for Clarification of Deadlines. (Doc. 53). This case is set for the November 2019 trial term, and Defendant Naples Community Hospital, Inc.'s motion for summary judgment is ripe for review. The parties ask for all pretrial deadlines to be extended sixty days so the Court can decide the pending dispositive motion and save the parties from potentially incurring unnecessary costs. Having considered the joint motion and the record, the Court finds good cause to extend the remaining pretrial deadlines.

Accordingly, it is

**ORDERED:**

(1) The Joint Motion for Clarification of Deadlines (Doc. 53) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The following deadlines govern the remainder of this case:

| | |
|---|---|
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | November 26, 2019 |
| Joint Final Pretrial Statement (including joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed in Microsoft Word® format to the [Chambers' inbox](#)) | December 10, 2019 |
| All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials) | December 10, 2019 |
| Final Pretrial Conference | December 20, 2019 at 9:30 a.m. |
| Trial Term Begins<br>*Note*: Trials before the United States Magistrate Judge begin on a date certain. | January 6, 2020 |

**DONE and ORDERED** in Fort Myers, Florida on this 25th day of September 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record